# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

ERIC K. DAMRILL,                          )
                                          )
                    Plaintiff,            )
                                          )        NO.  CV-11-66-JPH
          vs.                             )
                                          )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                        )        **CIVIL CASE**
Commissioner of Social Security,          )
                                          )
                    Defendant.            )
                                          )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this  7th  day of  March,  2012.

                              JAMES R. LARSEN
                              District Court Executive/Clerk


                              by: __s/ Karen White_____
                                        Deputy Clerk

cc: all counsel